No. 72–5099. DuBOSE *v.* CRAVEN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari, vacate judgment of the Court of Appeals, and remand case to the United States District

Court for the Southern District of California to hold a hearing on petitioner's claim.